United States Bankruptcy Court

Middle District of Florida

In re:  
Moncie Charles  
    Debtor

Case No. 22-03804-CPM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113A-8     User: admin     Page 1 of 3  
Date Rcvd: Dec 20, 2022     Form ID: B318     Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Moncie Charles, 511 Kendall Lake Dr. 102, Brandon, FL 33510-2461 |
| 30123491 | | ANDREU, PALMA, LA VIN, & SOLIS, PLLC, 816 Nw'57th Avenue Suite 401, Miami, FL 33126 |
| 30123500 | | Fedloan, Attn: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 30123503 | + | LevelCredit, Attn: Bankruptcy Attn: Bankruptcy, 4601 Excelsior Blvd. , Suite 503, St. Louis Park,, MN 55416-4977 |
| 30163226 | + | Mirela North, c/o Terri Begg, 581 N. Franklin Turnpike, Ramsey, NJ 07446-1240 |
| 30163227 | | Mirela North, Aja Henry, Property Manager at Mirela North, A8412 Rio Bravo Court, Tampa, FL 33617 |
| 30123508 | + | Suncoast Credit Union, Bankruptcy, PO Box 11094, Tampa, FL 33680-1094 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | EDI: FBASCHARRER.COM | Dec 21 2022 02:29:00 | Beth Ann Scharrer, Trustee, PO Box 4550, Seminole, FL 33775-4550 |
| 30123493 | | Email/Text: Bankruptcy@michaelandrewsllc.com | Dec 20 2022 21:23:00 | Automotive Credit Corp, 26261 Evergreen Road Suite 300, Southfield, MI 48076 |
| 30123489 | | Email/Text: bankruptcy@acimacredit.com | Dec 20 2022 21:24:00 | Acima Credit, 9815 South Monroe Street 4th Floor, Sandy, UT 84070-4384 |
| 30123490 | + | Email/Text: backoffice@affirm.com | Dec 20 2022 21:24:00 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 30123494 | | EDI: CAPITALONE.COM | Dec 21 2022 02:29:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 30123495 | | EDI: CAPONEAUTO.COM | Dec 21 2022 02:29:00 | Capital One Auto Finance, Attn: Bankruptcy 7933 Preston Rd, Plano, TX 75024-2302 |
| 30123496 | + | EDI: CAPITALONE.COM | Dec 21 2022 02:29:00 | Capital One/Walmart, PO Box 60519, City of Industry, CA 91716-0519 |
| 30123497 | + | EDI: CITICORP.COM | Dec 21 2022 02:29:00 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 30123498 | + | EDI: WFNNB.COM | Dec 21 2022 02:29:00 | Comenity Bank/beallsol, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 30123499 | | Email/Text: bncnotifications@pheaa.org | Dec 20 2022 21:23:00 | Cornerstone/American Education Services, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 30123501 | + | EDI: BLUESTEM | Dec 21 2022 02:29:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 30123502 | + | EDI: BLUESTEM | Dec 21 2022 02:29:00 | Fingerhut Fetti/Webbank, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 30123504 | + | Email/Text: bankruptcy@marinerfinance.com | Dec 20 2022 21:23:00 | Mariner Finance, Attn: Bankruptcy 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 30194286 | + | Email/Text: Bankruptcies@nragroup.com | | |

| District/off: 113A-8 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 20, 2022 | Form ID: B318 | Total Noticed: 30 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 20 2022 21:24:00 | National Recovery Agency, PO Box 67015, Harrisburg, PA 17106-7015 |
| 30163228 | + | Email/Text: Bankruptcies@nragroup.com | Dec 20 2022 21:24:00 | National Recovery Agency, PO Box 67015, Harrisburg, FL 17106-7015 |
| 30123505 | + | EDI: AGFINANCE.COM | Dec 21 2022 02:29:00 | OneMain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 30123506 | | Email/Text: clientservices@paramountrecovery.com | Dec 20 2022 21:23:00 | Paramount Recovery, Attn: Bankruptcy, PO Box 23369, Waco, TX 76702 |
| 30123507 | + | Email/Text: ctarlton@rifcu.org | Dec 20 2022 21:23:00 | Railroad & Indust Fcu, 3710 N 50th St, Tampa, FL 33619-1416 |
| 30123492 | | Email/Text: bankruptcy@self.inc | Dec 20 2022 21:23:00 | Atlantic Capital Bank, Attn: Bankruptcy Attn: Bankruptcy, 945 East Paces Ferry Road , 16th Floor, Atlanta, GA 30326 |
| 30123509 | + | Email/Text: cmecf@suncoastfcu.org | Dec 20 2022 21:23:00 | Suncoast Cu, Attn: Bankruptcy, PO Box 11904, Tampa, FL 33680-1904 |
| 30123510 | + | Email/Text: bankruptcy.notices@sunrisebanks.com | Dec 20 2022 21:23:00 | Sunrise Banks, Attn: Bankruptcy 200 University Avenue W, Saint Paul, MN 55103-2075 |
| 30123511 | | EDI: RMSC.COM | Dec 21 2022 02:29:00 | Syncb/just Brakes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 30123512 | | Email/Text: recovery@tampabayfederal.com | Dec 20 2022 21:24:00 | Tampa Bay Fcu, 3815 N Nebraska Av, Tampa, FL 33603 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 30194284 | *+ | Mirela North, c/o Terri Begg, 581 N. Franklin Turnpike, Ramsey, NJ 07446-1240 |
| 30194285 | * | Mirela North, Aja Henry, Property Manager at Mirela North, A8412 Rio Bravo Court, Tampa, FL 33617 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2022         Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan D Borden | on behalf of Debtor Moncie Charles data@1800debtrelief.com r48456@notify.bestcase.com;1663805420@filings.docketbird.com;DebtReliefLegalGroupLLC@jubileebk.net |

District/off: 113A-8                             User: admin                                  Page 3 of 3
Date Rcvd: Dec 20, 2022                          Form ID: B318                                Total Noticed: 30

Beth Ann Scharrer
                bscharrertrustee@gmail.com  fl28@ecfcbis.com;bas1@trustesolutions.net;tafch7llc@gmail.com

United States Trustee - TPA7/13
                USTPRegion21.TP.ECF@USDOJ.GOV

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Moncie Charles<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2862<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Florida | |
| Case number: | 8:22–bk–03804–CPM | |

## Order of Discharge
12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Moncie Charles

Dated: December 20, 2022

Catherine Peek McEwen
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**